**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MELISSA FORD,<br>    Plaintiff<br><br>v.<br><br>DOUGHERTY COUNTY SCHOOL SYSTEM; DOUGHERTY COUNTY SCHOOL BOARD; and DOUGHERTY COUNTY,<br>    Defendants | :<br>:<br>:<br>:  1:05-CV-52 (WLS)<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Presently pending before the Court is Plaintiff's Motion for Leave to Amend Complaint. (Doc. 6).    Defendant declined to file a response to Plaintiff's Motion.  Pursuant to Fed. R. Civ. P. 15(a), the Court **GRANTS** Plaintiff's Motion for Leave to Amend Complaint (Doc. 6) for good cause shown.

**SO ORDERED**, this   6th   day of December, 2005.

  /s/W. Louis Sands  
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**